IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JONATHAN BURNS,** *et al.*, | : | CIVIL ACTION |
| *Plaintiffs* | : | |
| | : | NO. 21-4373 |
| v. | : | |
| | : | |
| **SUNBEAM PRODUCTS, INC.,** *et al.*, | : | |
| | : | |
| *Defendants* | : | |

# ORDER

**AND NOW**, this 14th day of March 2022, upon consideration of the parties' *joint motion to adjourn arbitration and remove case from arbitration eligibility*, [ECF 23], it is hereby **ORDERED** that the motion is **GRANTED**.[1] Accordingly, the previously scheduled arbitration of this matter is **ADJUOURNED**, and the Clerk of Court is directed to remove this matter from the Court's mandatory arbitration track.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*

---

[1] In the underlying motion, the parties' jointly represent that the amount in controversy exceeds the arbitration limits of the Court's mandatory arbitration provision.